UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

*United States District Court*
*Southern District of Texas*
*FILED*
*SEP 0 1 1998*
*Michael N. Milby*
*Clerk of Court*

Israel Jones-Carillo §
§
§
versus §
§    CIVIL ACTION B 98-59
§
§
E. M. Iraminski, et al §
§

*United States District Court*
*Southern District of Texas*
*ENTERED*
*SEP 0 2 1998*
*Michael N. Milby, Clerk of Court*
*By Deputy Clerk*

## Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _September 1_, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge